IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | * | |
| | * | Civil Action No. MDL 875 |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DEWEY WEDDLE, et al. | * | BML No. 3 |
| Plaintiff | * | Civil Action No. 97-2993 (MD 1) |
| v. | * | JURY TRIAL BY TWELVE JURORS DEMANDED |
| ACandS, INC., et al. | * | |
| | | ASBESTOS CASE |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of Shook & Fletcher Insulation Co.'s Motion to Strike Entry of

Appearance and Answer to Complaint and any oppositions thereto, IT IS this __4th__ day of

__August__, 2000,

ORDERED, that the Motion to Strike is hereby GRANTED and the Entry of

Appearance and Answer to Complaint on behalf of Shook & Fletcher Insulation Co. is

stricken.

_____
United States District Judge

Charles R. Weiner
8/4/2000

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF PENNSYLVANIA
US COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

MICHAEL E. KUNZ
CLERK OF COURT

August 9, 2000

CLERK'S OFFICE
ROOM 2609
TELEPHONE
215) 597-

Frank L. Monge, Clerk
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
United States Courthouse
101 West Lombard Street
Baltimore, MD 21201-2691

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (VI) MDL 875

Dear Clerk:

Enclosed please find executed order(s)pertaining to the referenced litigation. Since our clerk's office is not maintaining the court records on the involved 70,000 actions, we are forwarding these orders to you for summary entry on the individual dockets and distribution to counsel of record and other appropriate action.

Thank you in advance for your time and attention.  If you have any questions, please call me at (267) 299-7017.

Sincerely,

MICHAEL E. KUNZ
CLERK OF COURT

Nicole Picariello
MDL Coordinator

Enclosure