IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DEWEY WEDDLE, ET AL. | * |
| Plaintiffs | * BML NO. 3 |
| vs. | * Civil Action No. 97-2993 |
| A.C.&S., INC., ET AL. | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER OF COURT

AND NOW this 27th day of December, 2001, upon consideration of Plaintiff's Motion, it is ORDERED AND DECREED that Amy C. Weddle is substituted as Party Plaintiff and the caption read as follows:

AMY C. WEDDLE,
Personal Representative
for the Estate of
DEWEY WEDDLE, Deceased,
and AMY C. WEDDLE
in her own right.

Plaintiff

vs.

A.C.&S., INC., et al.

Defendants

_____
United States District Judge

Charles R. Weiner

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA
US COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

6645

**MICHAEL E. KUNZ**
CLERK OF COURT

January 3, 2002

CLERK'S OFFICE
ROOM 2609
TELEPHONE
215) 597-

Felicia C. Cannon, Clerk
UNITED STATES DISTRICT COURT
District of Maryland
Edward A. Garmatz Federal Bldg.
And U.S. Courthouse
Baltimore, MD 21201-2690

FILED ___ ENTERED
___ LODGED ___ RECEIVED

JAN - 8 2002

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (VI) MDL 875

Dear Clerk:

   Enclosed please find executed orders pertaining to the referenced litigation. Since our clerk's office is not maintaining the court records on the involved 93,000 actions, we are forwarding these orders to you for summary entry on the individual dockets, distribution to counsel of record and other appropriate action.

   Thank you in advance for your time and attention. If you have any questions, please call me at (267)299-7019.

Sincerely,

MICHAEL E. KUNZ
CLERK OF COURT

Sharon Carter
MDL Coordinator

enclosure: