FILED _____ ENTERED
LODGED _____ RECEIVED

FEB 1 5 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

IN RE: ASBESTOS PRODUCTS LIABILITY : MDL-1  97-2993
LITIGATION (NO. VI)

This Document Relates to: : CIVIL ACTION NO. MDL 875

(See Attachment A) :

## Order for Settled Cases

At the court's request, the court has been advised by counsel for General Electric Company that the cases on the attached list have been settled. Accordingly, THE COURT HEREBY ORDERS.

The cases on the attached list are hereby dismissed.

Entered  2/6/02 , Philadelphia, Pennsylvania

By the Court,

_____
Charles R. Weiner

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 2-7-02
ATTEST: _____
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

MICROFILMED

CH1 2352988v1

ATTACHEMENT A  
G.E. SETTLED CASES

1/31/2002

| MDL DOCKET NO. | GE STATUS | Plaintiff Attorney |
|---|---|---|
| INS-2-99-232 | Settled | Cascino Vaughan |
| INS-2-99-235 | Settled | Cascino Vaughan |
| INS-2-99-238 | Settled | Cascino Vaughan |
| INS-3-2000-2 | Settled | Cascino Vaughan |
| INS-3-2000-3 | Settled | Cascino Vaughan |
| INS-3-2000-4 | Settled | Cascino Vaughan |
| INS-3-97-111 | Settled | Cascino Vaughan |
| INS-3-97-114 | Settled | Cascino Vaughan |
| INS-3-99-136 | Settled | Cascino Vaughan |
| INS-3-99-137 | Settled | Cascino Vaughan |
| INS-3-99-138 | Settled | Cascino Vaughan |
| INS-4-97-61 | Settled | Cascino Vaughan |
| INS-4-99-51 | Settled | Cascino Vaughan |
| MA-1-93-11041 | Settled | Ashcraft & Gerel |
| MA-1-93-11323 | Settled | Ashcraft & Gerel |
| MA-1-94-11576 | Settled | Ashcraft & Gerel |
| MA-1-95-10484 | Settled | Ashcraft & Gerel |
| MA-1-95-11750 | Settled | Ashcraft & Gerel |
| MA-1-95-12406 | Settled | Ashcraft & Gerel |
| MA-1-96-10327 | Settled | Ashcraft & Gerel |
| MA-1-98-11421 | Settled | Ashcraft & Gerel |
| MD-1-94-1803 | Settled | Pfiefer & Fabian |
| MD-1-95-3679 | Settled | Pfiefer & Fabian |
| MD-1-96-396 | Settled | Pfiefer & Fabian |
| MD-1-97-2993 | Settled | Pfiefer & Fabian |
| ME-1-94-101 | Settled | Thornton Early |
| MSS-1-99-233 | Settled | William S. Guy |
| NCE-4-97-193 | Settled | Wallace Graham |
| NCE-5-98-448 | Settled | Donaldson & Black |
| NCM-1-98-182 | Settled | Wallace Graham |
| NCW-1-88-150 | Settled | Wallace Graham |
| NCW-1-88-167 | Settled | Wallace Graham |
| NCW-1-88-90 | Settled | Wallace Graham |
| NCW-1-88-95 | Settled | Wallace Graham |
| NCW-1-89-96 | Settled | Wallace Graham |
| NCW-1-91-13 | Settled | Wallace Graham |
| NCW-1-99-149 | Settled | Wallace Graham |
| NCW-1-99-268 | Settled | Wallace Graham |
| NCW-3-98-548 | Settled | Donaldson & Black |
| NCW-3-98-548 | Settled | Donaldson & Black |
| NCW-3-99-22 | Settled | Wallace Graham |
| NCW-3-99-295 | Settled | Donaldson & Black |
| NCW-3-99-295 | Settled | Donaldson & Black |
| NCW-4-98-49 | Settled | Wallace Graham |
| NH-1-91-482 | Settled | Thornton Early |

2354769_1.XLS